Louis Goldsticker and Martin Goldsticker, Individually and as Executors, etc., of David Goldsticker, Deceased, and Others, Appellants, v. David L. Phillips and Others, Respondents.— Judgment affirmed, with costs. No opinion.

Addie M. Hunt, Respondent, v. The Long Island Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

James J. Devitt, Respondent, v. John Laue, Appellant.— Judgment and order affirmed, with costs. No opinion.

Asphalt Construction Company, Respondent, v. De Witt C. Bouker, Jr., and Andrew A. Bouker, Appellants, Impleaded with William Kelly.— Judgment affirmed, with costs. No opinion.

Leo Frank and Israel De Keyser, Respondents, v. William Bernard, Appellant.— Judgment and order affirmed, with costs. No opinion.

Hubert T. Foote, Respondent, v. Henry H. Todd, Appellant.— Judgment affirmed, with costs. No opinion.

Mary Downes, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion.

Israel Friedman, an Infant, by Samuel Friedman, His Guardian ad Litem, Appellant, v. Adrian H. Joline and Douglas Robinson, as Receivers of the Metropolitan Street Railway Company, Respondents.— Judgment and order affirmed, with costs. No opinion.

Richard V. Mattison, Jr., Respondent, v. Agnes C. Mattison, Appellant.— Judgment affirmed, with costs. No opinion.

Charles F. de Casanova and Edwin M. Friedlander, Appellants, v. Van Fossen-Bugg Company, Respondent.— Order affirmed, with costs. No opinion.

Charles O. Wright, Appellant, v. The Northern Assurance Company of London, Respondent.— Order affirmed, with costs. No opinion.

The Stein-Gray Drug Company, Appellant, v. The H. Michelsen Company, Respondent.— Determination affirmed, with costs. No opinion.

Harry B. Reibstein, Respondent, v. William A. Stenz, Appellant.— Judgment and order reversed and new trial ordered, unless plaintiff stipulates to reduce judgment as entered to the sum of $469.25, in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

The People of the State of New York, Respondent, v. Thomas Machienski, Appellant.— Judgment affirmed. No opinion.

Morris Freudenheim and Others, Respondents, v. Selig Gutter and Others, as Executors, etc., of Bernhard Gutter, Deceased, Appellants.— Judgment and order affirmed, with costs. No opinion.

William B. Bird and Others, Constituting the Firm of J. A. & W. Bird & Company, Respondents, v. The Casein Company of America, Appellant.— Judgment and order affirmed, with costs. No opinion. Scott, J., dissenting on the ground that the contract was severable.

The Alden Speare's Sons Company, Respondent, v. The Casein Company of America, Appellant.— Judgment and order affirmed, with costs. No opinion. Scott, J., dissenting.

Marie L. Harrison, as Executrix, etc., of Jared F. Harrison, Deceased, Respond-